Robert J. Bjerg, Seigfreid & Bingham, argued, Kansas City, MO, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Danna Johnson appeals from the district court's [1] dismissal of her pro se civil complaint for failure to state a claim. Upon de novo review, *see Farm Credit Servs. of Am. v. Am. State Bank,* 339 F.3d 764, 767 (8th Cir.2003) (de novo standard of review), we conclude that the district court correctly dismissed Johnson's complaint as barred by the statute of limitations, *see Basham v. Fin. Am. Corp.,* 583 F.2d 918, 927 (7th Cir.1978) (failure to bring action under TILA within one year bars action). We decline to consider Johnson's claims raised for the first time on appeal. *See*

*Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (declining to address pro se claims and arguments raised first on appeal).

Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

**Juan ESTRADA, Appellant,**

v.

**Linda SANDERS, Warden, FCI Forrest City, Arkansas, Appellee,**

**Juan Estrada, Appellant,**

v.

**Alison Luekefeld, DAP Coordinator, FCI—Forrest City; Francene Helaire, Case Manager, FCI—Forrest City; Mark Tipton, Unit Manager, FCI—Forrest City; Tracy Guthrie, Case Manager Coordinator, FCI—Forrest City; Linda Sanders, Warden, FCI—Forrest City; Jesse Jones, DAP Coordinator, South Central Regional Office; G. Maldonado Jr., Director, South Central Regional Office; Harrell Watts, Administrator, National Inmate Appeals; Harley Lappin, Director, Federal Bureau of Prisons; James D. Crook, Supervisory Attorney, Federal Bureau of Prisons; Does, other unknown Federal Bureau of Prisons staff at FCI—Forrest City, South Central Regional Office in Dallas**

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Texas, Federal Bureau of Prisons' Central Office in Washington DC and Federal Bureau of Prisons' Consolidated Legal Center in Oklahoma, Appellees.

No. 07–1120.

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2007.

Filed: May 10, 2007.

Juan Estrada, Forrest City, AR, pro se.

E. Fletcher Jackson, E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Juan Estrada appeals following the district court's [1] dismissal of his petition for a writ of habeas corpus under 28 U.S.C. § 2241. Reviewing the issues de novo, we conclude the dismissal was proper for the reasons explained by the district court. Accordingly, we affirm the district court's judgment.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.